MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MO BAR 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DEREK WADE CARLON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01085-SKO<br><br>DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME AND RESPONSE TO PLAINTIFF'S "IMPORTANT UPDATE"; ORDER<br><br>(Docs. 17, 18) |

## MOTION

Defendant requests leave to file her response to Plaintiff's opening brief one day after it was originally due. Plaintiff filed his opening brief on March 18, 2019, making Defendant's response due 30 days later, on April 17, 2018. Counsel for Defendant erroneously calculated the date on which her response was due to be Thursday, April 18, 2019, rather than Wednesday, April 17, 2019, and filed her response on the date on which she believed it was due. During a telephone conversation with Plaintiff on April 18, 2019, Counsel for Defendant advised Plaintiff that she believed the response was due that day and she would be filing it that day and sending a

Def.'s Resp. to Pl's Important Update, Opening Brief; 1:18-cv-01085-SKO

1

copy to Plaintiff. Plaintiff did not object and expressed understanding. Counsel for Defendant filed Defendant's brief on April 18, 2019.

On April 22, 2019, Plaintiff contacted counsel for Defendant, explaining that he had not yet received a copy of Defendant's responsive brief. Counsel for Defendant advised Plaintiff that the brief was filed on April 18, 2018, and mailed to him by first class United States mail. She confirmed with the U.S. Attorney's office that a copy of the brief had been mailed to Plaintiff. On April 22, 2019, Plaintiff contacted the Regional Chief Counsel of Social Security Administration Office of General Counsel, stating that he had not yet received the responsive brief. Plaintiff also filed an "Important Update" with the Court requesting additional time in which to reply to Defendant's brief. Defendant has no objection to Plaintiff's request.

Counsel for Defendant apologizes to the Court and to Plaintiff for any inconvenience caused by her mistake in calculating the due date and respectfully requests that the Court grant leave to file the brief one day after the original due date. Counsel affirms that she had no intention to delay proceedings. In addition, Defendant has no objection to Plaintiff's request for additional time in which to reply to Defendant's responsive brief.

Counsel for Defendant states that she attempted to contact Plaintiff by telephone on this date to obtain consent to this motion but was unable to reach him.

Dated: April 23, 2019          Respectfully submitted,

                                       MCGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                         By:     /s/ *Carol S. Clark*
                                       CAROL S. CLARK
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

**ORDER**

The Court has reviewed and considered Defendant's Motion for Leave to File Response Out of Time (the "Motion"). (Doc. 18.) For good cause shown, and in view of Plaintiff's apparent lack of opposition to the Motion (*see* Doc. 17), IT IS HEREBY ORDERED THAT the Motion to file Defendant's response to Plaintiff's opening brief is GRANTED nunc pro tunc.

In view of Plaintiff not having received Defendant's responsive brief as of April 20, 2019, (*see* Doc. 17), IT IS FURTHER ORDERED THAT Plaintiff shall be granted an extension of up and until May 23, 2019, in which to file his reply to Defendant's responsive brief, filed on April 18, 2019.

IT IS SO ORDERED.

Dated: **April 24, 2019**     /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE